UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 00969
   HENRY TURNER
   BARBARA J TURNER                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-1360    SSN XXX-XX-1662
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/04/06 and confirmed on 04/28/06.

2. The case was dismissed after confirmation, 12/14/2007.

3. The Debtor paid a total of $ 16000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 6730.31 | .00 | 6730.31 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | 458.07 | .00 | 458.07 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 1241.13 | 138.87 | 1241.13 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 3000.00 | 209.26 | 1894.60 |
| THUNDER RIDGE TOWNHOUSE | SECURED | 2571.92 | .00 | 2083.80 |
| ECMC | UNSECURED | 7844.70 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 282.00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | 2806.18 | .00 | .00 |
| PROFESSIONAL PLACEMENT S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 3450.26 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 2462.41 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 486.01 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 14001.43 | .00 | 17331.56 | .00 | 31332.99 |
| PRINCIPAL PAID | 12407.91 | .00 | .00 | .00 | 12407.91 |
| INTEREST PAID | 348.13 | .00 | .00 | .00 | 348.13 |
| TOTAL PAID | 12756.04 | .00 | .00 | .00 | 12756.04 |

The Debtor's attorney, RONALD D CUMMINGS            , was allowed $   3000.00 and was paid $    311.00  direct and $   2689.00  through the plan.

The Trustee received $    554.96 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                       /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE